RUTH DE SANTES, Respondent, *v.* MURAL TRANSPORTATION CORPORATION and SOL KELLERMAN, Appellants, Impleaded with Another.

Submitted January 6, 1941; decided January 16, 1941.

*Gustave Schwartz* for motion.

No one opposed.

Motion denied without prejudice to a motion made hereafter that no briefs be accepted.